435 A.2d 659

Weishner et al., Appellants, v. Washington Cnty. Golf, etc.

 Argued April 16, 1980. Dennis J. Stefanik, for appellants; George B. Stegenga, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

MONTGOMERY, J., filed a memorandum dissenting statement.